COURTROOM DEPUTY MINUTES   DATE: 11-28-2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:56 – 4:15 pm

- ☑ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☑ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB   DEPUTY CLERK: sql

CASE NO.: 1:06mj134-DRB   DEFT. NAME: Tivari Tyrell MUSGROVE

USA: Hardwick   ATTY: _____

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/(USPO): Hopek

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES   NAME: _____

---

- ☑ kars. — Date of Arrest 11-27-06 or ☐ karsr40
- ☑ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☑ kcnsl. — Deft. First Appearance with Counsel
- ☐ — Deft. First Appearance without Counsel
- ☐ — Requests appointed Counsel ☑ ORAL MOTION for Appointment of Counsel
- ☑ kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- ☑ koappted — ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed – prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained _____
- ☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. — Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☐ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- ☐ — ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☑ kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for _____
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☑ — Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ karr. — ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of NOT GUILTY entered.
- ☐ — ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
- — DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for _____
- ☐ kwvspt — Waiver of Speedy Trial Act Rights Executed

| AO 432 (Rev. 2/84) | Administrative Office of the United States Courts | | | | |
|---|---|---|---|---|---|
| | **WITNESS AND EXHIBIT RECORD** | | | | |
| DATE 11/28/2006 | CASE NUMBER 1:06mj134-DRB | OPERATOR S. Q. Long, Jr., Courtroom Deputy | | PAGE NUMBER 2 | |
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| Blake Diamond | Hardwick | Borelli | No | No | MJ BOYD |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |