IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __1:06CR290-WKW-CSC__ |
| | ) | [42 USC 408(a)(7)(b); |
| | ) | 18 USC 1546(b)(2); |
| | ) | 18 USC 911] |
| | ) | |
| TIVARI TYRELL MUSGROVE | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 15th day of September, 2003, in Houston County, Alabama, within the Middle District of Alabama, the defendant,

TIVARI TYRELL MUSGROVE,

did knowingly, with intent to deceive, falsely represent a number to be the Social Security account number assigned by the Secretary to him, when in fact such number is not the Social Security number assigned by the Secretary to him on an Employment Withholding Allowance Certificate, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 2

On or about the 18th day of May, 2004, in Houston County, Alabama, within the Middle District of Alabama, the defendant,

TIVARI TYRELL MUSGROVE,

falsely and willfully represented himself to be a citizen of the United States, to-wit, Tivari Tyrell Musgrove completed a Form I-9 with Perdue Farms, Dothan, Alabama, attesting that he was a citizen and national of the United States, in violation of Title 18, United States Code, Section 911.

## COUNT 3

On or about the 18th day of May, 2004, in Houston County, Alabama, within the Middle District of Alabama, the defendant,

TIVARI TYRELL MUSGROVE,

did use an identification document knowing and having reason to know that the document was false for the purpose of satisfying a requirement of Section 274A(b) of the Immigration and Nationality Act, to-wit, Tivari Tyrell Musgrove used an Alabama Identification Card and a Social Security Card at Perdue Farms in Dothan Alabama, in violation of Title 18, United States Code, Section 1546(b)(2).

A TRUE BILL:

Foreperson

LEURA G. CANARY
UNITED STATES ATTORNEY

Tommie Brown Hardwick
Assistant United States Attorney