IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 1:06cr290-WKW |
| | ) | |
| TIVARI TYRELL MUSGROVE | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for DECEMBER 27, 2006 in the above-styled case.

You are DIRECTED to produce the following named prisoner: TIVARI TYRELL MUSGROVE before the United States District Court at 10:00 a.m. Courtroom 4-B, on the 27th day of DECEMBER, 2006, at Montgomery, Alabama..

DONE, this the 14th day of December , 2006.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _/s/_
Deputy Clerk