COURTROOM DEPUTY MINUTES        DATE: JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA      DIGITAL RECORDED: 1:13 - 1:13

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06CR-290-WKW-CSC    **DEFENDANT NAME:** TIVARI T. MUSGROVE

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. JENNIFER HART |

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** None.

☑ **PLEA STATUS:** possible plea

☑ **TRIAL STATUS:** 1 day to try case, if goes to trial.

☐ **REMARKS:**