COURTROOM DEPUTY'S MINUTES   DATE: 1/26/2007
MIDDLE DISTRICT OF ALABAMA   DIGITAL RECORDING: 1:56 - 2:20 pm
COURT REPORTER: Mitchell Reisner

☐ ARRAIGNMENT   ☒ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: Moorer w/kw   DEPUTY CLERK: sql
CASE NUMBER: 1:06CR290-WKW   DEFENDANT NAME: Tivari Tyrell MUSGROVE
AUSA: Hardwick   DEFENDANT ATTORNEY: Jennifer Hart
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: ✓
Interpreter present? (✓)NO; ( )YES   Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:   ☐ Not Guilty
   ☒ Guilty as to:
      ☒ Count(s): 1, 2, 3
      ☐ Count(s): _____   ☐ dismissed on oral motion of USA
                              ☐ to be dismissed at sentencing

✓ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1, 2, 3.
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.
   DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
✓ ORDER: Defendant remanded to custody of U. S. Marshal for:
   ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
   ☐ Defendant requests time to secure new counsel