IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          CR. NO. 1:06-cr-290-WKW
                                  )
TIVARI TYRELL MUSGROVE            )

## **ORDER**

Before the court is Tivari Tyrell Musgrove's ("Musgrove")Unopposed Motion to Expedite

Sentencing Hearing (Doc. # 22).  Upon due consideration, it is ORDERED that the motion be

GRANTED and Musgrove's sentencing hearing is rescheduled from **May 8, 2007**, at **9:15 a.m.** to

**March 27, 2007**, at **4:00 p.m.**

DONE this 27th day of March, 2007.

          /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE